# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY, a subsidiary of THE TRAVELERS INDEMNITY COMPANY a/s/o SURETY MECHANICAL SERVICE, INC. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| WEST JERSEY AIR CONDITIONING AND HEATING COMPANY | : | NO. 09-5570 |
| Defendant. | : | |

FILED
OCT 26 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

FILED
OCT 26 2010
MICHAEL E. KUNZ, C...
Dep. Cl...

## ORDER

AND NOW, this 26th day of October, 2010, upon consideration of Defendant West Jersey Air Conditioning and Heating Company's Motion for Summary Judgment (Docket No. 10) and Defendant's Motion to Preclude Testimony of Plaintiff's Expert (Docket No. 12), and Plaintiff The Phoenix Insurance Company's Response in Opposition to Defendant's Motion for Summary Judgment (Docket No. 14), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Defendant's Motion to Preclude Testimony of Plaintiff's Expert is **DISMISSED** as moot.

It is so **ORDERED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.